# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CELIA THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-94-G |
| | ) |
| **WAL-MART ASSOCIATES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 6) filed on February 16, 2021. The Motion seeks dismissal of Plaintiff's Petition (Doc. No. 1-5). On March 9, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 8). Plaintiff's Amended Complaint supersedes the Petition and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, Defendant's Motion to Dismiss (Doc. No. 6) is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of April, 2021.

*[signature]*
CHARLES B. GOODWIN
United States District Judge