# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CELIA THOMAS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>1. WAL-MART ASSOCIATES, INC.,  )<br>)<br>Defendant.  ) | Case No. CIV-21-94-G |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Celia Thomas, by and through her attorneys of record, and Defendant, Wal-Mart Associates, INC, by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff. The parties agree that each party shall each bear his, her, or its own attorneys' fees and costs.

DATED: July 10, 2024.

Respectfully submitted,

| | |
|---|---|
| s/Amber L. Hurst | s/Ellen A. Adams |
| Mark Hammons, OBA No. 3784 | *(signed by filing Counsel with permission)* |
| Amber L. Hurst, OBA No. 21231 | Amy M. Stipe, OBA No. 18361 |
| HAMMONS, HURST & ASSOCIATES | Ellen A. Adams, OBA No. 21581 |
| 325 Dean A. McGee Avenue | Scott E. Kiplinger, OBA No. 33938 |
| Oklahoma City, Oklahoma 73102 | Gable Gotwals |
| Telephone:  (405) 235-6100 | BOK Park Plaza |
| Facsimile:  (405) 235-6111 | 499 West Sheridan Avenue, Suite 2200 |
| amber@hammonslaw.com | Oklahoma City, Oklahoma 73102 |
| | Telephone: (405) 235-5500 |
| **Attorneys for Plaintiff** | Facsimile: (405) 235-5575 |
| | astipe@gablelaw.com |
| | eadams@gablelaw.com |
| | skiplinger@gablelaw.com |
| | |
| | **Attorneys for Defendant** |

2